**TO: Clerk's Office**
**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

**APPLICATION FOR LEAVE**
**TO FILE DOCUMENT UNDER SEAL**

*****************************
UNITED STATES OF AMERICA

-v.-

STEPHEN BURTON and JAMES WELLESLEY
*****************************

20-MJ-993
Docket Number

SUBMITTED BY: Plaintiff ____ Defendant ____ DOJ ✓
Name: Mathew S. Miller
Firm Name: USAO EDNY
Address: 271 Cadman Plaza East
Brooklyn, NY 11021
Phone Number: 718-254-6075
E-Mail Address: mathew.miller@usdoj.gov

INDICATE UPON THE PUBLIC DOCKET SHEET: YES ____ NO ✓
If yes, state description of document to be entered on docket sheet:
_____
_____

**MANDATORY CERTIFICATION OF SERVICE**:

A.) ____ A copy of this application either has been or will be promptly served upon all parties to this action, B.) ____ Service is excused by 31 U.S.C. 3730(b), or by the following other statute or regulation: ____ ; or C.) ✓ This is a criminal document submitted, and flight public safety, or security are significant concerns.
(Check one)

10/22/2020
DATE

_Mathew S. Miller_
SIGNATURE

**A) If pursuant to a prior Court Order:**
Docket Number of Case in Which Entered: _____
Judge/Magistrate Judge: _____
Date Entered: _____

**B) If a new application**, the statute, regulation, or other legal basis that authorizes filing under seal
_____
_____

**ORDERED SEALED AND PLACED IN THE CLERK'S OFFICE, AND MAY NOT BE UNSEALED UNLESS ORDERED BY THE COURT.**

DATED: Brooklyn _____, NEW YORK

_Robert Levy_ 10/23/20
**U.S. MAGISTRATE JUDGE**

RECEIVED IN CLERK'S OFFICE _____
                               DATE